IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| THOMAS C. RAY, | ) | |
| | ) | Civil No. 06-796-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BRIAN BELLEQUE, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Petition Without Prejudice [34-1] is GRANTED.

Dated this 9 day of October, 2007.

by _____
Garr M. King
United States District Judge